No. 1130. UNITED CARBON CO. ET AL. *v.* BINNEY & SMITH Co. May 11, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. Hugh M. Morris, George P. Dike,* and *Osman E. Swartz* for petitioners. *Messrs. Dean S. Edmonds* and *William H. Davis* for respondent.

No. 1137. NATIONAL LABOR RELATIONS BOARD *v.* INDIANA & MICHIGAN ELECTRIC Co. ET AL. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Solicitor General Fahy* and *Mr. Robert B. Watts* for petitioner. *Messrs. Murray Seasongood* and *Lester A. Jaffe* for respondents.

No. 1138. MANGUS ET AL. *v.* MILLER. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Mr. J. D. Skeen* for petitioners. *Mr. Hadlond P. Thomas* for respondent.

No. 1211. DAVIS *v.* DEPARTMENT OF LABOR AND INDUSTRIES. May 25, 1942. Petition for writ of certiorari to the Supreme Court of the State of Washington granted. *Messrs. Maurice R. McMicken, Otto B. Rupp* and *Alfred J. Schweppe* for petitioner. *Messrs. Smith Troy,* Attorney General of the State of Washington, and *T. H. Little,* Assistant Attorney General, for respondent.

No. 1166. UNITED STATES *v.* MILLER ET AL. June 1, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor Gen-*

*eral Fahy* for petitioner. *Mr. Francis Carr* for respondents.

No. 315. UNITED STATES EX REL. ROBINSON *v.* JOHNSTON, WARDEN. See *ante,* p. 649.

No. 1194. FISHER, RECEIVER, *v.* WHITON, EXECUTRIX, ET AL. See *post,* 707.

No. 949. McNABB ET AL. *v.* UNITED STATES. June 8, 1942. The motion for leave to proceed *in forma pauperis* is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit is granted. The Court directs that the expense of printing the record be paid by the United States, pursuant to 28 U. S. C., § 832. *Benjamin McNabb, Freeman McNabb* and *Raymond McNabb, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *W. Marvin Smith* for the United States.

No. 1163. MILLER *v.* UNITED STATES. June 8, 1942. The motion for leave to proceed *in forma pauperis* is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit is granted. The Court directs that the expense of printing the record be paid by the United States, pursuant to 28 U. S. C., § 832. *Jessie William Miller, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 1252. HIGGINS *v.* CARR BROTHERS Co. June 8, 1942. The motion for leave to proceed *in forma pauperis* is granted. The petition for writ of certiorari to the Su-